# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN K. ALFORD, | 3:07-CV-601-RCJ(VPC) |
| Plaintiff, | |
| v. | **ORDER** |
| NDOC, J. BENIDETTI, T. CORDA, MS. IRACTABLE, et al., | |
| Defendants. | |

Before the Court is the Report and Recommendation of the United States Magistrate Judge (#37) ("Recommendation") entered on July 15, 2009, in which the Magistrate Judge recommends that this Court enter an order granting defendants' Motion to Dismiss (#13). No objection to the Report and Recommendation has been filed.

## I. DISCUSSION

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Further, under 28 U.S.C. § 636(b)(1), if a party makes a timely objection to the magistrate judge's recommendation, then this Court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made."[1] Nevertheless, the statute does not "require[ ] some lesser review by [this Court] when no objections are filed." Thomas v. Arn, 474 U.S. 140, 149–50 (1985). Instead, under the statute, this Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." Id. at 149. Similarly, the

---

[1] For an objection to be timely, a party must serve and file it within 10 days after being served with the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C).

1  Ninth Circuit has recognized that a district court is not required to review a magistrate judge's
2  report and recommendation where no objections have been filed. See United States v. Reyna-
3  Tapia, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the
4  district court when reviewing a report and recommendation to which no objections were made);
5  see also Schmidt v. Johnstone, 263 F.Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth
6  Circuit's decision in Reyna-Tapia as adopting the view that district courts are not required to
7  review "any issue that is not the subject of an objection."). Thus, if there is no objection to a
8  magistrate judge's recommendation, then this Court may accept the recommendation without
9  review. See e.g., Johnstone, 263 F.Supp. 2d at 1226 (accepting, without review, a magistrate
10 judge's recommendation to which no objection was filed).

11      In this case, Plaintiff has not filed an objection to the Magistrate Judge's Report and
12 Recommendation. Although no objection was filed, this Court has reviewed the Report and
13 Recommendation (#37), and accepts it. Accordingly,

14      IT IS HEREBY ORDERED that defendants' Motion For Summary Judgment (#31) is
15 GRANTED. The Clerk of the Court shall enter judgment accordingly.

16      IT IS SO ORDERED.

17      DATED: This 23 day of October, 2009.

_____
Robert C. Jones
UNITED STATES DISTRICT JUDGE