AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

BRIAN K. ALFORD,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                     CASE NUMBER: **3:07-CV-00601-RCJ-VPC**

NDOC, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (#31) is GRANTED.


  10/23/2009                                     **LANCE S. WILSON**
                                                        Clerk


                                                    /s/ P. McDonald
                                                    Deputy Clerk